IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ERIC PEAGLER, #07403-002                                                    PLAINTIFF

VERSUS                                        CIVIL ACTION NO. 5:08-cv-304-DCB-MTP

FEDERAL BUREAU OF PRISONS,
DESIGNATION AND COMPUTATION CENTER
AND JOHN DOE(S)                                                            DEFENDANTS

ORDER

Upon consideration of the complaint filed by the Plaintiff in the above entitled action, and having liberally construed said complaint, the Court concludes that the Plaintiff is required to provide additional information. Accordingly, it is hereby,

ORDERED:

1. That on or before July 2, 2009, Plaintiff shall file a written response to:

(a) provide the Court with the names of Defendant(s) John Doe(s) and how Defendant(s) John Doe(s) violated Plaintiff's constitutional rights;

(b) Plaintiff is directed to add as a Defendant those individuals responsible for his classification;

(c) if Plaintiff does add new Defendants, he is directed to provide this Court with their full street address;

(d) specifically state if Plaintiff has exhausted his available administrative remedies regarding his classification, if so, Plaintiff is directed to provide the Court with any documentation available to him regarding the same; and

(e) specifically state how the Defendants actions were arbitrary and capricious in regards to his classification.

**2. That failure to advise this Court of a change of address or failure to timely comply with any order of this Court will be deemed as a purposeful delay and contumacious act by Plaintiff and will result in this cause being dismissed and without**

**further notice to Plaintiff.**

      3.  That the Clerk of Court is directed to mail a copy of this order to the Plaintiff at his last known address.

      THIS the   12th   day of June, 2009.


                                   s/ Michael T. Parker  
                                   UNITED STATES MAGISTRATE JUDGE