IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ERIC PEAGLER, #07403-002                                                                    PLAINTIFF

VS.                                                       CIVIL ACTION NO. 5:08CV304DCB-MTP

BRUCE PEARSON, Warden,
SKIPPER SCOTT, MILDRED GREER, and
UNKNOWN PITTMAN                                                                            DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [13] should be granted and that this matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Defendants' Motion to Dismiss or, in the Alternative, Motion for Summary Judgment [13] is granted and the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the 29th day of December, 2009.

                                               s/David Bramlette
                                                 UNITED STATES DISTRICT JUDGE